UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD CHRISTOPHER GRANGE,

    Petitioner,

v.

COWLITZ COUNTY JAIL,

    Respondent.

CASE NO. C12-5702 RBL-JRC

ORDER GRANTING IN FORMA PAUPERIS STATUS

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 22nd day of August, 2012.

*(signature)*

J. Richard Creatura
United States Magistrate Judge