UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TODD CHRISTOPHER GRANGE,<br><br>                    Petitioner,<br><br>     v.<br><br>COWLITZ COUNTY JAIL,<br><br>                    Respondent. | CASE NO. C12-5702 RBL-JRC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 22nd day of August, 2012.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge