UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD CHRISTOPHER GRANGE,

    Petitioner,

v.

COWLITZ COUNTY JAIL.

    Respondent.

CASE NO. C12-5702 RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION AND DISMISSING THE PETITION WITHOUT PREJUDICE.

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This petition is dismissed without prejudice because no claim has been exhausted in state court.

    (3)    No certificate of appealability will be issued in this case.

1     (4)     The Clerk's Office is directed to send a copy of this order to petitioner.

2      DATED this 18th day of December, 2012.

*/s/ Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION AND DISMISSING THE
PETITION WITHOUT PREJUDICE. - 2